# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| C3.ai, Inc.  )<br>  )<br>       Plaintiff,  )<br>  )<br>       v.  )<br>  )<br>UNITED STATES  )<br>  )<br>       Defendant,  )<br>  ) | Case No.  25-787 C<br><br>Judge _____ |

## PLAINTIFF'S NOTICE OF RELATED CASES

Pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims, Plaintiff C3.ai, Inc. (C3) states that it is unaware of any directly or indirectly related cases.

Dated: May 6, 2025

Respectfully submitted,

**MILLER & CHEVALIER CHARTERED**

/s/ Jason N. Workmaster
Miller & Chevalier Chartered
900 16th Street NW
Washington, DC 20006
Tel: 202-626-5893
Fax: 202-626-5801
Email: jworkmaster@milchev.com

*Counsel of Record for Plaintiff C3.ai, Inc.*

*Of counsel for Plaintiff*

Ashley Powers (apowers@milchev.com)
Connor W. Farrell (cfarrell@milchev.com)
Elissa Hardwood (ehardwood@milchev.com)