**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **C3.ai, Inc.**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES**<br><br>**Defendant,** | **Case No.** 25-787 C<br><br>**Judge** ______ |

**CORPORATE DISCLOSURE STATEMENT OF**
**C3.AI, INC**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Plaintiff C3.ai, Inc. (C3) states that C3 does not have a parent corporation and no publicly held corporation owns 10 percent or more of C3's stock.

Dated: May 6, 2025

Respectfully submitted,

**MILLER & CHEVALIER CHARTERED**

/s/Jason N. Workmaster
Jason N. Workmaster
900 16th Street, N.W.
Washington, DC 20006
Tel.: 202-626-5822
Fax: 202-626-5801
Email: jworkmaster@milchev.com

*Counsel of Record for Plaintiff*
*C3.ai, Inc.*

*Of counsel for Plaintiff:*

Ashley Powers (apowers@milchev.com)
Connor W. Farrell (cfarrell@milchev.com)
Elissa Harwood (ehardwood@milchev.com)