**IN THE UNITED STATES COURT OF FEDERAL CLAIMS (BID PROTEST)**

C3.AI, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Case No. 1:25-cv-00787-EGB

Judge Eric G. Bruggink

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, prospective defendant-intervenor Palantir Technologies Inc. ("Palantir"), through its undersigned counsel, states that Palantir has no parent corporation and that no publicly held corporation owns 10% or more of Palantir's stock.

Dated: May 7, 2025

Respectfully submitted,

By: /s/ Damien C. Specht

Damien C. Specht
Morrison & Foerster LLP
2100 L Street, NW Suite 900
Washington, DC 20037
Email: DSpecht@mofo.com
Telephone: (202) 791-8585

*Attorney of Record for Palantir Technologies Inc.*