# In the United States Court of Federal Claims

No. 25-787
(Filed: May 15, 2025)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

C3.AI, INC,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*,

and

PALANTIR TECHNOLOGIES INC.,

*Defendant-Intervenor*.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pending in this bid protest case are plaintiff's motions for a TRO or a preliminary injunction. Oral argument was held remotely on May 15, 2025. As plaintiff has failed to establish both its likelihood of success on the merits and that the balance of hardships favors a preliminary injunction, plaintiff's motions for a TRO or a preliminary injunction are denied. An order further explaining the Court's reasoning will follow.

s/Eric G. Bruggink
Eric G. Bruggink
Senior Judge