**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **C3.ai, INC.**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES**<br><br>**Defendant,** | **Case No. 1:25-CV-00787-EGB**<br><br>**Judge Eric G. Bruggink** |

# PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims, Plaintiff C3.ai, Inc. (C3) hereby voluntarily dismisses the above-captioned action with prejudice. C3's voluntary dismissal does not require a court order or the consent of the parties because Defendant United States and Defendant-Intervenor Palantir Technologies Inc. (Palantir) have not filed an answer, a motion for summary judgment, or a motion for judgment on the administrative record. Rule 41(a)(1)(A)(i).

In light of the dismissal of this action, C3 is of the opinion that there is no need for this Court to issue a written opinion on its May 15, 2025 order denying C3's motion for a temporary restraining order and preliminary injunction. C3 has consulted with the other parties, and Palantir stated it consents to the issuance of no opinion. The United States stated that, while it would prefer a written opinion on these vital issues in this significant procurement, it will defer to the Court on whether to issue a decision.

Dated: May 21, 2025

Respectfully submitted,

**MILLER & CHEVALIER CHARTERED**

*/s/Jason N. Workmaster*
Jason N. Workmaster
900 16th Street, N.W.
Washington, DC 20006
Tel.: 202-626-5822
Fax: 202-626-5801
Email: jworkmaster@milchev.com

*Counsel of Record for Plaintiff C3.ai, Inc.*

*Of Counsel for Plaintiff:*

Scott N. Flesch (sflesch@milchev.com)
Alex L. Sarria (asarria@milchev.com)
Ashley Powers (apowers@milchev.com)
Connor W. Farrell (cfarrell@milchev.com)
Elissa Harwood (eharwood@milchev.com)